CHICAGO—FIRST DISTRICT—FEBRUARY, 1914.    157

Mellon v. Conrad Seipp Brew. Co., 185 Ill. App. 157.

## Daniel W. Mellon, Appellee, v. Conrad Seipp Brewing Company, Appellant.

### Gen. No. 18,378.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. KICK-HAM SCANLAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed February 4, 1914.

### Statement of the Case.

Bill filed by Daniel W. Mellon against Conrad Seipp Brewing Company for an accounting and for a cancellation of a certain assignment by complainant to defendant of a dramshop license and for a return of said license to complainant. The cause was referred to a master, the master's report was approved by the chancellor, and a decree was entered in substantial conformity with the master's findings and recommendations. To reverse the decree, defendant appeals.

WINSTON, PAYNE, STRAWN & SHAW, for appellant; ARTHUR C. MARRIOTT, of counsel.

CHESTER FIREBAUGH and HENRY W. HUTTMANN, for appellee.

MR. JUSTICE BAUME delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 972*—*when exceptions to master's report are not preserved in the record.* Where objections to a master's report do not appear in the abstract of the record itself, although the decree recites that the objections to the master's report stood as exceptions thereto on the hearing before the chancellor, such exceptions are not preserved in the record.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

2. APPEAL AND ERROR, § 972*—*when objections to master's findings not presented for review.* Where the only questions raised by appellant upon the record relate to the findings of a master, as embodied in the decree, upon the issues of fact involved, the absence of any objections and exceptions to such findings precludes a review of such questions on appeal.